**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7276**

---

TIMOTHY ALLEN HONEA,

> Plaintiff - Appellant,

> v.

FRED WEBB, Attorney, sued in their individual and official capacities; BOB BOYKIN, Private Investigator, sued in their individual and official capacities; ROBERT SHARPE, Director of Capital Defender Office, sued in their individual and official capacities; C. WINSTON GILCHRIST, North Carolina Superior Court Judge, sued in their individual and official capacities,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:23-cv-00829-LCB-JEP)

---

Submitted:  April 11, 2024                                      Decided:  April 16, 2024

---

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Timothy Allen Honea, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Allen Honea appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Honea's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Honea v. Webb*, No. 1:23-cv-00829-LCB-JEP (M.D.N.C. Nov. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*